In the Matter of Francis J. Nicosia, an Attorney, Respondent. Brooklyn Bar Association, Petitioner.—

Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

In the Matter of the Application of William C. Rindone for Reinstatement as an Attorney.—

Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

In the Matter of Manuel Rosenblum, an Attorney, Respondent. Brooklyn Bar Association, Petitioner.—

Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

Mary Laventhall et al., Respondents, v. Fireman's Insurance Company of Newark, New Jersey, et al., Appellants.—

Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

Abraham Weber, Respondent, v. Otto Deutschberger, Appellant.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.